ST. LAWRENCE FACTORY STORES, Appellant, v OGDENSBURG BRIDGE AND PORT AUTHORITY, Respondent.

Submitted June 29, 2015; decided September 3, 2015

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 25 NY3d 907 (2015)].

74 ELDERT, LLC, Respondent, v SHARP REALTY, LLC, et al., Defendants, and CIE SHARP, Appellant.

Submitted July 13, 2015; decided September 3, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

BAXTER STREET CONDOMINIUM, Respondent, v LPS BAXTER HOLDING Co., LLC, Appellant. (And Two Other Actions.)

Submitted May 26, 2015; decided September 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.